JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVEK SHAH, <br><br> Plaintiff, <br><br> v. <br><br> THE HARVARD DRUG GROUP LLC, <br><br> Defendant. | Case No.: 2:24-cv-08979-MEMF-SKx <br><br> **JUDGMENT** |

    Pursuant to the Order Denying Motion to Transfer, Granting Request for Judicial Notice, and Granting Motion to Dismiss, ECF No. 24, this action is DISMISSED.

    This separate judgment is issued in accordance with Federal Rule of Civil Procedure 58(d), having considered the Request for Entry of Separate and Final Judgment, ECF No. 25.

    IT IS SO ORDERED.

Dated: April 17, 2025

                                               MAAME EWUSI-MENSAH FRIMPONG

                                               United States District Judge